# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:19-03161-CR-RK |
| | ) |
| (14) SOLOMON HODGES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 12, 2020, Magistrate Judge David P. Rush issued his Report and Recommendation (Doc. 317) concluding that the Court should deny Defendant's motion to suppress (Doc. 275). Defendant filed an objection to the Report. (Doc. 326.)

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Rush in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Rush (Doc. 317) is **ADOPTED**. It is further

**ORDERED** that Defendant's objection (Doc. 327) is **OVERRULED**. It is further

**ORDERED** that Defendant James A. Crockett's motion to suppress (Doc. 275) is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 24, 2021